UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

CASE NO: 2:21-CV-01399-SGC

vs.

EL MOLINO MEXICAN RESTUARANT, LLC,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Comes now Plaintiff, Melissa Fendley, by and through undersigned counsel, and advises the Court that the parties have reach reached a settlement of all disputed issues and are in the process of circulating settlement documents for execution. The plaintiff anticipates filing a notice of voluntary dismissal with prejudice with the Court within the next 30 days, upon consummation of the settlement agreement.

Dated this 14th day of January, 2022.


                                             Respectfully submitted,

                                             By: */s/ Edward I. Zwilling*
                                                  Edward I. Zwilling, Esq.
                                                  AL Bar No.: ASB-1564-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.

Birmingham, Alabama 35242
Telephone: (205) 822-2701
Email: edwardzwilling@zwillinglaw.com

# **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on January 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to each registered participant. A copy has also been emailed to Brett King, Esq, counsel for Defendant at southblount@gmail.com.

        *s/ Edward I. Zwilling*
        **OF COUNSEL**