# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MELISSA FENDLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:21-cv-1399-SGC |
| EL MOLINO MEXICAN RESTAURANT, LLC, | ) |
| Defendant. | ) |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff has voluntarily dismissed this action.

Therefore, at the direction of the Honorable Staci G. Cornelius, this case is closed.

DATED: January 28, 2022

SHARON N. HARRIS, CLERK

By: s/Bridget S. Tyree
Deputy Clerk